CITY OF COLUMBUS, APPELLEE, *v.* HARRIS, APPELLANT.

(No. 74-992—Decided December 3, 1975.)

*Mr. James J. Hughes, Jr.,* city attorney, *Mr. Daniel W. Johnson, Mr. Earl G. Cox* and *Mrs. Phyllis Kunkler,* for appellee.

*Mr. Robert P. App,* for appellant.

*Per Curiam.* Appellant's conviction for resisting and obstructing a police officer, in violation of Section 2355.02 of the Columbus Code, is affirmed on authority of paragraph three of the syllabus in *Columbus* v. *Fraley* (1975), 41 Ohio St. 2d 173, certiorari denied, U. S. , 44 L. W. 3205.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.